IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE FEDERICO VASQUEZ,

    Plaintiff,                    No. CIV S-10-1529 DAD P

    vs.

M. TAYLOR, et al.,                 ORDER AND

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed June 29, 2010, plaintiff was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fees within thirty days. In addition, plaintiff's complaint was dismissed and he was granted leave to file an amended complaint within thirty days. Plaintiff was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed without prejudice. The thirty day period has now expired, and plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this action to a District Judge.

        Also, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

/////

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
3 one days after being served with these findings and recommendations, plaintiff may file written
4 objections with the court.  Such a document should be captioned "Objections to Magistrate
5 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
6 within the specified time may waive the right to appeal the District Court's order.  Martinez v.
7 Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 10, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
vasq1529.fifp.fta